UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION at PIKEVILLE

JAMAAL LEWIS, SR.,

    Plaintiff,

v.

GREGORY KIZZIAH, Warden

    Defendant.

Civil Action No. 7:17-6-KKC

**JUDGMENT**

\*\*\* \*\*\* \*\*\* \*\*\*

Consistent with the Memorandum Opinion and Order entered this date and pursuant to Federal Rule of Civil Procedure 58, it is **ORDERED** and **ADJUDGED** as follows:

1. Plaintiff Jamaal's Lewis, Sr.'s, Amended Complaint [R. 18] is **DISMISSED WITH PREJUDICE**.

2. Judgment is **ENTERED** in favor of the defendant.

3. This action is **DISMISSED** and **STRICKEN** from the Court's docket.

4. This is a **FINAL** and **APPEALABLE** Judgment and there is no just cause for delay.

Entered: February 20, 2019.



KAREN K. CALDWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY